# UNITED STATES NAVY-MARINE CORPS
## COURT OF CRIMINAL APPEALS
## WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, M.C. HOLIFIELD, D.J. SMITH**
**Appellate Military Judges**

### UNITED STATES OF AMERICA

v.

### ANTHONY S. WHITMORE
### CORPORAL (E-4), U.S. MARINE CORPS

### NMCCA 201400390
### SPECIAL COURT-MARTIAL

**Sentence Adjudged:** 17 June 2014.
**Military Judge:** CDR M.N. Fulton, JAGC, USN.
**Convening Authority:** Commanding Officer, 1st Battalion, 3d Marines, 3d Marine Division (-)(Rein), MCBH, Kanoehe Bay, HI.
**Staff Judge Advocate's Recommendation:** LtCol K.T. Carlisle, USMC.
**For Appellant:** LCDR Dillon J. Ambrose, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**29 January 2015**

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court